IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,
　　Plaintiff

VS.　　　　　　　　　　　　　　　　　　　　　　NO. 4:12CR00077-001 BRW

TYRONE R. PERKINS
　　Defendant,

McDANIEL EQUIPMENT COMPANY
　　Garnishee Defendant.

## AGREED FINAL ORDER IN GARNISHMENT

The parties, the United States of America, plaintiff; the judgment defendant, Tyrone R. Perkins and the garnishee defendant, McDaniel Equipment Company, agree and stipulate as follows:

1. Defendant's name is Tyrone R. Perkins, Social Security Number, XXX-XX-7921, and his last known address is 9901 Auxor Road, Apt. K-12, Little Rock, Arkansas 72209.

Judgment was entered against the judgment defendant, Tyrone R. Perkins in this action in the amount of $36,900.00. The total balance due on the judgment is $8,118.74 as of September 2, 2015.

The garnishee defendant, McDaniel Equipment Company has in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant, Tyrone R. Perkins.

2. The judgment defendant, Tyrone R. Perkins, waives service of an Application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3295, and further waives his right to a hearing under the § 3205 and any other process to which the judgment defendant may be

3. The garnishee defendant, McDaniel Equipment company, waives service of an application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

4. The judgment defendant, Tyrone R. Perkins, agrees and stipulates that his wages are subject to garnishment under § 3205 of the Federal Debt collection Act, 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

5. The parties therefore agree and stipulate to the entry of a Final Order in Garnishment against the non-exempt wages of judgment defendant, Tyrone R. Perkins.

It is expressly agreed and stipulated to, by the parties, that the garnishee defendant, McDaniel Equipment Company, shall pay into the hands of the United States Attorney, ten percent (10%) of judgment defendant's disposable earnings **until supervision expires. When supervision expires, the statutory 25% should be withheld** pursuant to 15 U.S.C. § 1673(a). **The United States will notify the garnishee when the 25% should be withheld.**

To calculate disposable earnings, subtract the following from wages, commissions and income:

1. Federal Income Tax
2. Federal Social Security Tax;
3. Arkansas Income Tax.

6. The parties further agree and stipulate that these sums are to be applied to the judgment rendered in this cause in the sum of $36,900.00, upon which there is an unpaid balance of $8,118.74 as of September 2, 2015. These deductions are to continue until the unpaid balance is fully paid and satisfied.

Checks should be made payable to:

U.S. District Court Clerk

and mailed to:

Clerk of the Court
United States Courthouse
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101

This order shall take effect after all prior orders in the garnishment have been satisfied.

Respectfully submitted,

Christopher R. Thyer
United States Attorney

By: _____
Stacey E. McCord
Assistant United States Attorney

_____
Tyrone R. Perkins
Judgment Defendant

_____
McDaniel Equipment Company
Garnishee

APPROVED AND SO ORDERED this 19th day of October, 2015.

_____
Billy Roy Wilson
Judge, United States District Court

Copies to

Stacey E. McCord
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1229
Little Rock, Arkansas 72203

Tyrone R. Perkins
Judgment Defendant

McDaniel Equipment Company
11502 Mac Arthur Drive
North Little Rock, Arkansas 72118